

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00004-CV

| | | |
|---|---|---|
| SIANA OIL & GAS CO., LLC AND TOM M. RAGSDALE, Appellants | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-300068-18) |
| V. | § | October 17, 2019 |
| FROST BANK, Appellee | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM